| | |
|---|---|
| 1 | MCCORMACK AND ERLICH LLP |
| | Bryan J. McCormack (SBN 192418) |
| 2 | bryan@mcelawfirm.com |
| | Paul K. Pfeilschiefter (SBN 301463) |
| 3 | paul@mcelawfirm.com |
| | 150 Post Street, Suite #742 |
| 4 | San Francisco, California 94108 |
| | Telephone:   (415) 296-8420 |
| 5 | Facsimile:   (415) 296-8552 |
| 6 | Attorneys for Plaintiff Ernest J. Hernande |
| 7 | SEYFARTH SHAW LLP |
| | Andrew M. McNaught (SBN 209093) |
| 8 | amcnaught@seyfarth.com |
| | Nabeel Ahmad (SBN 301172) |
| 9 | nahmad@seyfarth.com |
| | 560 Mission Street, 31st Floor |
| 10 | San Francisco, California 94105 |
| | Telephone:   (415) 397-2823 |
| 11 | Facsimile:   (415) 397-8549 |
| 12 | Attorneys for Defendants |
| | RANDSTAD NORTH AMERICA, INC., |
| 13 | RANDSTAD INHOUSE SERVICES, L.P. (incorrectly |
| | sued as "RANDSTAD STAFFING, U.S., L.P."), and |
| 14 | CARL ZEISS MEDITEC, INC. (incorrectly sued as |
| | "CARL ZEISS MEDITEC GROUP") |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST J. HERNANDE, | Case No. 3:16-cv-00866 WHA |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE MEDIATION DEADLINE TO SEPTEMBER 27, 2016** |
| v. | |
| RANDSTAD STAFFING, U.S., L.P., a Delaware Corporation; RANDSTAD NORTH AMERICA, INC., a Delaware Corporation; CARL ZEISS MEDITEC GROUP, a New York Corporation; and DOES 1 through 25, inclusive, | |
| Defendants. | |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Ernest J. Hernande ("Plaintiff") and Defendants Randstad North America, Inc., Randstad Inhouse Services, L.P. (incorrectly sued as "Randstad Staffing, U.S., L.P.") (collectively "Randstad"), and Carl Zeiss

Meditec, Inc. (incorrectly sued as "Carl Zeiss Meditec Group") ("Carl Zeiss") (collectively "Defendants") hereby stipulate as follows:

WHEREAS, in the Court's Case Management Order and Reference to ADR Unit for Mediation, the Court ordered the parties to mediation within 90 days of June 1, 2016, or by August 30, 2016;

WHEREAS, in the Court's Notice of Appointment of Mediator filed on June 8, 2016, the Court notified the parties that Christine Noma is assigned as the mediator;

WHEREAS, the parties have worked diligently to agree to mediation before Christine Noma and set a mediation date.  The parties have agreed, subject to the Court approving the extension of the mediation deadline, to mediate with Christine Noma in Oakland, California on September 27, 2016.  The parties have set and Ms. Noma has approved September 27, 2016 as the mediation date.  September 27, 2016 is the earliest date all the parties and Ms. Noma are available for mediation based on scheduling issues. Continuing the mediation deadline to September 27, 2016 will also allow the parties sufficient time to conduct discovery to make for a productive mediation session.

NOW THEREFORE, THE PARTIES AGREE AND STIPULATE that the mediation deadline be continued to <u>September 27, 2016</u> subject to approval by the Court.

Pursuant to Local Rule 6-2, there have been no other time modifications in this case, and it is not anticipated that this extension will affect the schedule for the case.  Moreover, pursuant to Local Rule 6-2, the Declaration of Nabeel Ahmad is attached as Exhibit A to the Stipulation.

**IT IS SO STIPULATED.**

1 | DATED: July 7, 2016 | Respectfully submitted,

MCCORMACK AND ERLICH LLP

By: /s/ *Paul K. Pfeilschiefter*
    Bryan J. McCormack
    Paul K. Pfeilschiefter

Attorneys for Plaintiff
ERNEST J. HERNANDE

DATED: July 7, 2016 | Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ *Nabeel Ahmad*
    Andrew M. McNaught
    Nabeel Ahmad

Attorneys for Defendants
RANDSTAD NORTH AMERICA, INC.,
RANDSTAD INHOUSE SERVICES, L.P.
(incorrectly sued as "RANDSTAD
STAFFING, U.S., L.P."), and CARL ZEISS
MEDITEC, INC. (incorrectly sued as "CARL
ZEISS MEDITEC GROUP")

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 12, 2016.    By: [signature]
    Hon. William H. Alsup
    JUDGE OF THE UNITED STATES DISTRICT COURT

### ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Nabeel Ahmad, attest that concurrence in the filing of this stipulation has been obtained from the signatory, Paul K. Pfeilschiefter, counsel for Plaintiff.

DATED: July 7, 2016     By:    /s/ *Nabeel Ahmad*
    Nabeel Ahmad